U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 1 5 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 371 |
| | * | 18 U.S.C. § 2113(b) |
| | * | 18 U.S.C. § 981(a)(1)(C) |
| VERSUS | * | 21 U.S.C. § 853(p) |
| | * | 28 U.S.C. § 2461(c) |
| | * | |
| MELVIN LAVON CUPP (01), | * | 2:20-cr-00149 |
| BRANDON HIGHTOWER (02), | * | Judge Cain |
| HOSEA OWENS, IV (03), | * | Magistrate Judge Kay |
| JOSHUA LEROY FONTENOT (04), | * | |
| FAITH BREAUX (05) | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### CONSPIRACY
### [18 U.S.C. § 371]

**I.   INTRODUCTION**

At all relevant times:

1. The defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, and JOSHUA LEROY FONTENOT, were members of "Brothers East Motorcycle Gang," commonly referred to by members as "B*EAST."

2. The defendant, FAITH BREAUX, was affiliated with B*EAST as well, and was considered by members of B*EAST to be an official B*EAST non-member associate, or "hang-around."

3.  Both First Federal Bank of Louisiana and Jeff Davis Bancshares, Inc., d/b/a J.D. Bank, are located in the area of Lake Charles, Louisiana, and are insured by the Federal Deposit Insurance Corporation.

## II. THE CONSPIRACY

Beginning in or about July 2019, and continuing through on or about August 2019, in the Western District of Louisiana and elsewhere, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, together with others both known and unknown to the grand jury, did knowingly, willfully, and unlawfully combine, confederate, conspire and agree to commit offenses against the United States, to wit: bank theft, in violation of Title 18, United States Code, Sections 2113(b).

## III. THE OBJECT OF THE CONSPIRACY

The object of the conspiracy was to take and carry away with intent to steal and purloin currency extracted from automatic teller machines (ATMs) located outside First Federal Bank of Louisiana and J.D. Bank.

## IV. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, and JOSHUA LEROY FONTENOT, and FAITH BREAUX, and their coconspirators sought to accomplish the object of their conspiracy included the following:

1.  It was part of the conspiracy that the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY

FONTENOT, and FAITH BREAUX, each aided and abetted by the other, and prior to attempting theft of the ATMs, stole fork lifts and pickup trucks from businesses in Lake Charles, Louisiana.

2. It was further part of the conspiracy that the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, each aided and abetted by the other, used these stolen forklifts to dislodge the ATMs, and used the stolen trucks to transport the ATMs to a different site for extraction of the currency.

3. It was further part of the conspiracy that the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, each aided and abetted by the other, used acetylene-fueled blow torches to cut into the ATMs, and thus access the currency inside.

## V. OVERT ACTS

To accomplish the object of the conspiracy and to attempt to do so, the following acts were committed in the Western District of Louisiana:

1. On or about July 13, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, and FAITH BREAUX traveled from Houston, Texas, to Lake Charles, Louisiana.

2. On or about July 13, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, and FAITH BREAUX, each aided and abetted by the other, used a stolen forklift to dislodge an ATM from the exterior

of First Federal Bank of Louisiana, and carried the ATM away from the bank using a stolen pickup truck.

3. On or about July 13, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, each aided and abetted by the other, used a blow torch to cut into the ATM, and extracted currency from inside.

4. On or about July 13, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, each aided and abetted by the other, discarded the stolen truck and ATM.

5. On or about August 3, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, and FAITH BREAUX, returned to Texas with stolen currency from the ATM.

6. On or about August 3, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, and FAITH BREAUX traveled from Houston, Texas, to Lake Charles, Louisiana.

7. On or about August 3, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, each aided and abetted by the other, used a stolen forklift to dislodge an ATM from the exterior of J.D. Bank, and carried the ATM away from the bank using a stolen pickup truck.

8.   On or about August 3, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, each aided and abetted by the other, used a blow torch to cut into the ATM, and extracted currency from inside.

9.   On or about August 3, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, each aided and abetted by the other, discarded the stolen truck and ATM.

10.   On or about August 3, 2019, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, and FAITH BREAUX, returned to Texas with stolen currency from the ATM.

All in violation of Title 18, United States Code Section 371. [18 U.S.C. § 371].

## COUNT 2
## BANK THEFT
## [18 U.S.C. § 2113(b)]

On or about July 13, 2019, in the Western District of Louisiana, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, each aided and abetted by the other, did take and carry away with intent to steal and purloin currency extracted from a stolen automatic teller machine (ATM), in the amount $1,000 or more, with said currency belonging to and in the care, custody, control, management and possession of the First Federal Bank of Louisiana, a bank whose deposits were then

insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b). [18 U.S.C. § 2113(b)].

### COUNT 3
### BANK THEFT
### [18 U.S.C. § 2113(b)]

On or about August 3, 2019, in the Western District of Louisiana, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, each aided and abetted by the other, did take and carry away with intent to steal and purloin currency extracted from a stolen automatic teller machine (ATM), in the amount $1,000 or more, with said currency belonging to and in the care, custody, control, management and possession of Jeff Davis Bancshares, Inc., d/b/a J.D. Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b). [18 U.S.C. § 2113(b)].

### FORFEITURE ALLEGATION
### [18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)]

1. The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated.

2. As a result of violations of 18 U.S.C. § 2113(b), as alleged in Counts 2 and 3 of this Indictment, the defendants, MELVIN LAVON CUPP, BRANDON HIGHTOWER, HOSEA OWENS, IV, JOSHUA LEROY FONTENOT, and FAITH BREAUX, shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the amount of $165,290.00, as constituting, or derived from, proceeds traceable to the offenses.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). [18 U.S.C. § 981(a)(1)(C); 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)].

A TRUE BILL:

REDACTED
GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

By: _____
T. FORREST PHILLIPS
(AL Bar #3736E29R)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618